Childs, W. L.
EMPLOYEE NAME

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
SOCIAL SECURITY NO.

02/13/2010
PERIOD END

012
CHECK NO.

| EARNINGS | UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 40.000 | 310.00 | 1488.00 | ALABAMA | 8.96 | 52.08 |
| Overtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 24.29 |
| | | | | FEDERAL SOCIAL | 19.22 | 103.79 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 1674.00 | 183.03 | 1490.97 |

C
DEPARTMENT

Childs, W. L.
EMPLOYEE NAME

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
SOCIAL SECURITY NO.

03/20/2010
PERIOD END

0129804
CHECK NO.

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 0.000 | 0.00 | 2619.50 | ALABAMA | 8.96 | 91.46 |
| Overtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| Vacation Pay | 40.000 | 310.00 | 310.00 | FEDERAL MEDICAR | 4.50 | 45.21 |
| | | | | FEDERAL SOCIAL | 19.22 | 193.16 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 3115.50 | 332.70 | 2782.80 |

| ...4 | C | Childs, W. L. | 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 | 01/23/2010 | 0128835 |
|---|---|---|---|---|---|
| ...LOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| ...ular Pay | 40.000 | 310.00 | 620.00 | ALABAMA | 8.96 | 28.30 |
| ...rtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 11.69 |
| | | | | FEDERAL SOCIAL | 19.22 | 49.97 |

| ...PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 806.00 | 92.83 | 713.17 |

| 54 | C | Childs, W. L. | 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 | 01/30/2010 | 0128960 |
|---|---|---|---|---|---|
| ...MPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| ...egular Pay | 40.000 | 310.00 | 930.00 | ALABAMA | 8.96 | 37.26 |
| ...vertime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 16.19 |
| | | | | FEDERAL SOCIAL | 19.22 | 69.19 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 1116.00 | 125.51 | 990.49 |

| ...54 | C | Childs, W. L. | 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 | 02/06/2010 | 0129085 |
|---|---|---|---|---|---|
| ...MPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| ...egular Pay | 32.000 | 248.00 | 1178.00 | ALABAMA | 5.86 | 43.12 |
| ...vertime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 3.60 | 19.7... |
| | | | | FEDERAL SOCIAL | 15.38 | 84... |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTION... |
|---|---|---|---|---|---|
| 7.75 | 248.00 | 24.84 | 223.16 | 1364.00 | 150.35 |

| 54 | C | Childs, W. L. | 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 | 02/20/2010 | 0129314 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 40.000 | 310.00 | 1798.00 | ALABAMA | 8.96 | 61.04 |
| Overtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 28.79 |
| | | | | FEDERAL SOCIAL | 19.22 | 123.01 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 1984.00 | 215.71 | 1768.29 |

| 54 | C | Childs, W. L. | 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 | 02/27/2010 | 0129438 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 40.000 | 310.00 | 2108.00 | ALABAMA | 8.96 | 70.00 |
| Overtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 33.29 |
| | | | | FEDERAL SOCIAL | 19.22 | 142.23 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 2294.00 | 248.39 | 2045.61 |

| 54 | C | Childs, W. L. | 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 | 03/06/2010 | 0129569 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 26.000 | 201.50 | 2309.50 | ALABAMA | 3.54 | 73.54 |
| Overtime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 2.92 | 36.21 |
| | | | | FEDERAL SOCIAL | 12.49 | 154.72 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 201.50 | 18.95 | 182.55 | 2495.50 | 267.34 | 2228.16 |

| 54 | C | Childs, W. L. | 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 | 03/13/2010 | 0129688 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| egular Pay | 40.000 | 310.00 | 2619.50 | ALABAMA | 8.96 | 82.50 |
| vertime Pay | 0.000 | 0.00 | 186.00 | FEDERAL INCOME | 0.00 | 2.87 |
| | | | | FEDERAL MEDICAR | 4.50 | 40.71 |
| | | | | FEDERAL SOCIAL | 19.22 | 173.94 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 7.75 | 310.00 | 32.68 | 277.32 | 2805.50 | 300.02 | 2505.48 |